# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    Criminal No. 12-107(1) (DWF/LIB)

           Plaintiff,

v.                                                                          **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Michael James Jourdain,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 2, 2012 (Doc. No. 23). No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

**IT IS HEREBY ORDERED** that:

1.      Magistrate Judge Leo I. Brisbois's July 2, 2012 Report and Recommendation (Doc. No. [23]) is **ADOPTED**.

2.      Defendant's Motion to Suppress Statements as Fruit of his Unlawful Arrest (Doc. No. [14]) is **GRANTED**.

Dated: July 24, 2012                    s/Donovan W. Frank
                                                    DONOVAN W. FRANK
                                                    United States District Judge